**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CHARLES E. THORNTON #Y-19115, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-1296-NJR-MAB |
| | ) | |
| JACQUELINE LASHBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (Court Doc. 82)**

NOW COME the Defendants, CINDY GIMBER, JACQUELINE LASHBROOK, MISTY NEW, and REGINA PRICE, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and provide the following in response to Plaintiff's Motion to Compel. (Court Doc. 82).

1. Plaintiff filed his Amended Complaint on November 30, 2018. (Court Doc. 52).

2. Defendants Gimber and Price filed their Motion for Summary Judgment on the Issue of Exhaustion on March 20, 2019. (Court Doc. 72).

3. Plaintiff filed his Motion to Compel discovery on April 23, 2019. (Court Doc. 82).

4. Plaintiff is seeking an "oath" for the response to his First Set of Interrogatories. (Court Doc. 82, paragraph 1).

5. Although Plaintiff titled his request as an interrogatory, the request was for the names and information related to the identity of members of the "publication review committee staff" in June 2017.

6. Previous counsel for Defendants provided Plaintiff with the response, indicating the members of the publication review committee were Misty New and Cindy Gimber.

7. Based on the nature of this request and response, a signed attestation was not required.

8. Additionally, Plaintiff is seeking to compel defendants to produce an affidavit of the custodian of records for the publication review listing for 2017 and 2018. (Court Doc. 82, paragraph 2).

9. The publications review listing was provided to Plaintiff in response to his request for production, although the publication review listing is also made available in the institutional library.

10. The publications review listing is a document generally kept in the course of business for the Illinois Department of Corrections and it is the course of business of the Illinois Department of Correction to make and keep this record, therefore an affidavit was not prepared for this document. Therefore, a specific business record affidavit for this document is not required during discovery.

11. Counsel for Defendants received this document from Menard Correctional Center and Defendants will not object to the authenticity of the document.

WHEREFORE, Defendants respectfully request this Court deny Plaintiff's motion to compel (Court Doc. 82) and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

CINDY GIMBER, JACQUELINE LASHBROOK,
MISTY NEW, and REGINA PRICE,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

Rachel Schwarzlose, #6283966
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8781

Of Counsel.

BY: s/ Rachel Schwarzlose
Rachel Schwarzlose, #6283966
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CHARLES E. THORNTON #Y-19115, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-1296-NJR-MAB |
| | ) | |
| JACQUELINE LASHBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, the foregoing, Response to Plaintiff's Motion to Compel (Court Doc. 82), was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Charles Thornton #Y19115
Menard Correctional Center
711 Kaskaskia St.
PO Box 1000
Menard, IL 62259

Respectfully Submitted,

s/ Rachel Schwarzlose __________
Rachel Schwarzlose, #6283966
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (618) 236-8781
Fax: (618) 236-8620
E-Mail: rschwarzlose@atg.state.il.us