**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CHARLES E. THORNTON #Y-19115, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-1296-NJR-MAB |
| | ) | |
| JACQUELINE LASHBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (Court Doc. 112)**

NOW COME the Defendants, CINDY GIMBER, JACQUELINE LASHBROOK, MISTY NEW, and REGINA PRICE, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and provide the following in response to Plaintiff's Motion to Compel. (Court Doc. 112).

1. Plaintiff filed his Amended Complaint on November 30, 2018. (Court Doc. 52).

2. Defendants Gimber and Price filed their Motion for Summary Judgment on the Issue of Exhaustion on March 20, 2019. (Court Doc. 72).

3. Plaintiff filed his Second Motion to Compel discovery on July 17, 2019. (Court Doc. 112).

4. Plaintiff has asked Defendants to "identify and quote verbatim each page and the sections that was obscene and sexually explicit material in connection with IDOC document NO. 00002."

5. Defendants properly objected to Plaintiff's request as the references would present Plaintiff with the actual content that was deemed inadmissible to the institution. According to the

Publication Review Form to which Plaintiff refers, the content was deemed obscene, included sexually explicit material, and was on the disapproved publication list. (Court Doc. 112, pg. 18).

6. Plaintiff further requested "all contexts from the Sub O Entertainment Inc. 'Phat Puffs' magazine #10 deemed as obscene and sexually explicit material by the Publication Review Determination and Court of action" form.

7. Defendants properly objected to Plaintiff's request. Many of these references would present Plaintiff with the actual content that was deemed inadmissible to the institution. Additionally, the Seventh Circuit held in *Lindell v. McCaughtry*, 115 Fed Appx. 872 (7th Cir. 2004) that "inmates must not be allowed to evade security restrictions by simple expedient of filing suit and obtaining prohibited materials through discovery. Our liberal discovery policy does not mean that Lindell has the absolute right to everything relevant to his case." *Lindell* at 876. Therefore, Defendants objected to provide Plaintiff with the contents of the publication that the institution deemed inadmissible. (Court Doc. 112, pg. 14).

WHEREFORE, Defendants respectfully request this Court deny Plaintiff's motion to compel (Court Doc. 112) and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

CINDY GIMBER, JACQUELINE LASHBROOK,
MISTY NEW, and REGINA PRICE,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

Rachel Schwarzlose, #6283966
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8781

Of Counsel.

BY: s/ Rachel Schwarzlose
Rachel Schwarzlose, #6283966
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| CHARLES E. THORNTON #Y-19115, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-1296-NJR-MAB |
| | ) | |
| JACQUELINE LASHBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019, the foregoing, Response to Plaintiff's Motion to Compel (Court Doc. 112), was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Charles Thornton #Y19115
Menard Correctional Center
Inmate Mail/Parcels
711 Kaskaskia St.
PO Box 1000
Menard, IL 62259

Respectfully Submitted,

s/ Rachel Schwarzlose _________
Rachel Schwarzlose, #6283966
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (618) 236-8781
Fax: (618) 236-8620
E-Mail: rschwarzlose@atg.state.il.us