IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES E THORNTON,

    Plaintiff,

v.

JACQUELINE LASHBROOK, *et al.*,

    Defendants.

Case No. 17-CV-01296-SPM

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

    Pending before the Court is an Objection to Bill of Costs filed by Plaintiff Charles E. Thornton. (Doc. 236.)

    Defendants seek to have Thornton pay $966.80 for his deposition transcript. (Doc. 234.) Thornton objects on the basis that "Federal Rule of Civil Procedure 54.(d).(2).(i) only allows the prevailing party to bill of costs to be filed no later than 14 days after the entry of judgment." (Doc. 236.)

    Federal Rule of Civil Procedure 54(d)(1) provides that "costs—other than attorney's fees—should be allowed to the prevailing party" unless a federal statute, the Federal Rules of Civil Procedure, or a court order provides otherwise. "The rule provides a presumption that the losing party will pay costs but grants the court discretion to direct otherwise." *Rivera v. City of Chicago*, 469 F.3d 631, 634 (7th Cir. 2006). Rule 54(d)(1) sets no deadline within which a prevailing party must request these costs and neither does the district's local rules. *See* SDIL L.R. 54.2.

Accordingly, Thornton's argument fails on its face and his objection is **OVERRULED**.

Plaintiff Charles E. Thornton is **ORDERED** to pay Defendants' costs in the amount of $966.80.

**IT IS SO ORDERED.**

**DATED:**   September 7, 2022

                                                s/ *Stephen P. McGlynn*
                                                **STEPHEN P. McGLYNN**
                                                **U.S. District Judge**